# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| GAC ENTERPRISES, LLC <br><br> *Plaintiff(s)* <br> v. <br> PLANET FIBER VA INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:25-cv-00265 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLANET FIBER VA INC.
Serve:
Registered Agents Inc.
8401 Maryland Dr
Suite S
Richmond, VA 23294

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George R.A. Doumar, Esq.
Daniel R. Hernandez, Esq.
Doumar Martin, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, VA 22209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/04/2025                                                      _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-00265

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Case Number: **3:25cv265**
Date Filed: **04/04/2025**

Plaintiff:
**GAC Enterprises, LLC**
vs
Defendant:
**Planet Fiber VA, Inc.**

Received on **4/9/2025** to be served on **Planet Fiber VA, Inc. c/o Virginia Registered Agent, 8401 Mayland Avenue, Suite V, Henrico, VA 23294.**

**Michael S. Beasley,** the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action.

On **04/10/2025** at **11:25 AM**, deponent served the within **SUMMONS AND COMPLAINT** on **Planet Fiber VA, Inc. c/o Virginia Registered Agent** at **8401 Mayland Avenue, Suite V, Henrico, VA 23294** in the manner indicated below:

By delivering a true copy of each to and leaving with **Kayla Eichenmiller, Authorized Agent** who stated he/she is authorized to accept service on behalf of the corporation/limited liability company.

**Description:**
Gender: **Female**  Race/Skin: **White**   Age: **20 - 30 Yrs.**  Weight: **131-160 Lbs.**   Height: **5ft 4in - 5ft 8in**   Hair: **Brown**
Glasses: **Yes**   Other:



Subscribed and Sworn to before me on 04/10/2025.

_____
Anthony J. Stefano
My Commission Expires: 8/31/2028
Registration Number 136301
Commonwealth of Virginia, County of Fairfax

X_____
Michael S. Beasley

Job #: 2500650

ALIASS, 10304 Eaton Place, Suite 100, Fairfax, VA  22030  (703) 383-3007



## Registered Agent Designation of Natural Person to Accept Service of Process on behalf of Registered Agent

Registered Agents Inc hereby designates __Kayla Eichenmiller__, a natural person, to accept any process, notice, or demand which may be served on Registered Agents Inc directly or on behalf of any clients of Registered Agents Inc.

_David Roberts_
Officer Signature

State of __IDAHO__

County of __KOOTENAI__

Signed, sworn, and affirmed before me on this __13__ day of __March__, 2025

By __David Roberts__, __Assistant Secretary__ of Registered Agents Inc.

_Richard Myers_
Signature of Notary Public

__Richard Myers__
Name of Notary Public

(Seal) RICHARD MYERS
COMMISSION NUMBER 20215035
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 10/25/2027

Commission Expiration Date: __10-25-27__