AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| GAC Enterprises, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:25-cv-265 |
| PLANET FIBER VA INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLANET FIBER VA INC.

Date:   04/29/2025

/s/ George P. Sibley, III
*Attorney's signature*

George P. Sibley, III
*Printed name and bar number*
Hunton Andrews Kurth LLP
Riverfront Plaza - East Tower
951 East Byrd Street
Richmond, VA 23219
*Address*

gsibley@Hunton.com
*E-mail address*

(804) 788-8262
*Telephone number*

(804) 788-8218
*FAX number*