UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond DIVISION

GAC Enterprises, LLC

vs.　　　　　　　　　　　　　　　　Civil/Criminal Action No. 3:25-cv-265

Planet Fiber VA Inc,

# FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Planet Fiber VA Inc. in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Planet Fiber VA Inc. is a wholly owned subsidiary of Planet Capital LLC which in turn is owned by Planet Networks, Inc.

Planet Networks, Inc., Planet Capital LLC, and Planet Fiber VA Inc. are all privately held.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

April 29, 2025　　　　　　　　　　　　　　　　/s/ George P. Sibley, III
Date　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　Counsel for Planet Fiber VA Inc,

Rev. 03/12/19