IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GAC ENTERPRISES, LLC<br><br>Plaintiff,<br><br>v.<br><br>PLANET FIBER VA INC.<br><br>Defendant. | Case No. 3:25cv265 |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Planet Fiber VA Inc., by counsel, moves to extend the deadline for Planet Fiber to answer the Complaint until May 15, 2025. Under Rule 12, Planet Fiber's current deadline is May 1, 2025. Undersigned counsel has been engaged only recently, and the additional time will afford counsel the opportunity to fairly evaluate the factual and legal allegations and respond substantively to the Complaint.

Counsel for Defendant has conferred with counsel for Plaintiff regarding the requested extension and can report that that Plaintiff does not oppose the relief requested.

Dated: April 29, 2025

Respectfully submitted,

By: _____/s/ George P. Sibley, III_____

George P. Sibley, III (VSB No. 48773)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
Telephone: 804-788-8262
Fax: 804-788-8218
gsibley@hunton.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this day of April 29, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

George R. A. Doumar
Daniel R. Hernandez
Doumar Martin, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, VA 22209
Telephone: 703-243-3737
gdourmar@doumarmartin.com
dhernandex@doumarmartin.com

                                                 /s/ George P. Sibley, III